**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

SHAWNA NORMALI, as Personal Representative of the
Estate of LENA CORONA,

Plaintiff,

vs.

Case No.: CIV-24-257-JFH-GLJ

SEMINOLE COUNTY BOARD OF COUNTY
COMMISSIONERS, *et. al.*,

Defendants.

**AMENDED SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | X | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO PLEADINGS (Filed of Record) |
| 2. | X | EXCHANGE OF PRELIMINARY WITNESS LISTS AND PROPOSED EXHIBITS (Not Filed of Record) |
| 3a. | 4/14/2026 | PLAINTIFF'S EXPERT IDENTIFICATION AND REPORTS under Federal Rules Civil Procedure 26(a)(2) (Not Filed of Record) |
| 3b. | 5/14/2026 | DEFENDANTS' EXPERT IDENTIFICATION AND REPORTS under Federal Rules Civil Procedure 26(a)(2) (Not Filed of Record) |
| 4. | 6/9/2026 | DISCOVERY CUTOFF – Discovery Requests Must be Served 30 Days in Advance of this Date |
| 5. | 6/24/2026 | DISPOSITIVE MOTIONS CUTOFF Responses and Replies Per Local Rule (Filed of Record) |
| **6.** | **3/4/2026** | **SETTLEMENT CONFERENCE set before Magistrate Judge D. Edward Snow** |
| 7a. | 7/15/2026 | MOTIONS IN LIMINE and DAUBERT MOTIONS CUTOFF (Only One combined motion in Limine and one combined Daubert Motion per party is allowed, without prior leave of Court. Attorney Meeting to Confer to Resolve Evidentiary Issues Required Before Filing Motion in Limine.) |
| 7b. | 7/29/2026 | RESPONSES TO MOTIONS IN LIMINE and DAUBERT MOTIONS |
| 7c. | 8/5/2026 | REPLIES TO MOTIONS IN LIMINE and DAUBERT MOTIONS |
| 8a. | 8/5/2026 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (Filed of Record with Deponent Name, Page, and Designations) |
| 8b. | 8/15/2026 | COUNTER-DESIGNATIONS (Filed of Record with Deponent Name, Page, and Line Designations) |
| 8c. | 8/22/2026 | OBJECTIONS TO DESIGNATIONS (Attorney Meeting to Confer to Resolve Objections Required before Filing. Filed Transcript) |
| 8d. | 8//22/2026 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS (Submit in Hard Copy to Court) |
| 9. | 10/7/2026 | PRETRIAL DISCLOSURES - (Under Federal Rule Civil Procedure 26(a)(3) (Filed of Record) |
| 10. | 10/7/2026 | EXCHANGE OF PRE-MARKED EXHIBITS (Not Filed of Record) |
| 11. | To be set by District Judge. | AGREED PROPOSED PRETRIAL ORDER - Attorney Conference to Include Agreed Joint Statement of the Case, Stipulations and Final Witness and Exhibit Lists (Submitted Through CM/ECF Proposed Order Intake Box) |
| **12.** | To be set by District Judge. | **PRETRIAL CONFERENCE. (All Attorneys that will be trying the case at trial must be present.)** |
| 13. | To be set by District Judge. | TRIAL BRIEFS, REQUESTED JURY INSTRUCTIONS and VOIR DIRE  (Filed of Record. Proposed Jury Instructions are to be Filed of Record AND submitted to the Court's Cm/ECF Proposed Order Intake Box in Word format.) |
| 14. | To be set by District Judge. | EXCHANGE OF DEMONSTRATIVE EXHIBITS |
| **15.** | **To be set by District Judge.** | **TRIAL DATE: [x] JURY at 9:00 a.m.**          ESTIMATED TRIAL TIME:      Five Days |
| 16. | | PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW (Filed of Record) |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled. *See*, Fed. R. Civ. P. 6 & 16; Loc. Civ. R. 7.1(i). Counsel should not assume that the amount of time between discovery deadline and start of trial is an invitation to request an extension of deadlines while keeping the trial date as set. Any request for extension of time will likely affect the trial setting.

In the event a party is seeking a protective order to allow for the confidential treatment of materials or information to be produced during discovery, the party shall file a motion which must include:  (1.)  A factual statement of the basis for a protective order; (2.)  A statement of all parties' agreement or objection to the motion; (3.) An attached proposed protective order using the appropriate template provided at https://www.oked.uscourts.gov/content/gerald-l-jackson-magistrate-judge customized (using redlining or track changes) to the case; (4.)  A statement of any changes to the template (as shown using redlining or track changes); and (5.)  A statement that the motion is in compliance with these instructions.

This Order is entered this 14th day of January, 2026.

_____

GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE