IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHAWNA NORMALI,

           Plaintiff,

v.

SEMINOLE COUNTY BOARD OF COMMISSIONERS et al.,

           Defendants.

Case No. 24-CV-257-JFH-GLJ

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 133. The Magistrate Judge recommends that the Motion to Dismiss Defendant Rachel Smith filed by Defendant Turn Key Health Clinic, LLC [Dkt. No. 133] be granted.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.

On that basis, IT IS HEREBY ORDERED that:

(1) Defendant Turn Key Health Clinic, LLC's Motion to Dismiss Defendant Rachel Smith [Dkt. No. 133] is GRANTED; and

(2) Plaintiff's claims against Defendant Rachel Smith are DISMISSED without prejudice.

Dated this 9th day of February 2026.

                                                                                                             JOHN F. HEIL, III
                                                                                                             UNITED STATES DISTRICT JUDGE