**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHAWNA NORMALI, as Personal Representative of THE ESTATE OF LENA CORONA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-24-257-JFH-GLJ |
| BOARD OF COUNTY COMMISSIONERS FOR SEMINOLE COUNTY; ANTHONY LOUIE, individually and as the current Sheriff of Seminole County, Oklahoma; et al, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE TO TAKE DEPOSITION OF ISABELLA NORMALI

TO:    Isabella Normali
c/o Jack Mattingly Jr.
Mattingly Law Firm
PO Box 70
Seminole, OK 74818-0070
405.382.333
jackjr@mattinglyfirm.com

Please take notice that on the 11th day of March, 2026 at 2:00 pm CST, pursuant to Fed. R. Civ. P. 30, the Defendants, by and through their attorneys of record, will complete the deposition of Isabella Normali to be used as evidence in the trial of the above cause, same to be taken by D&R Reporting in person. Deposition to take place at the offices of Mattingly Law Firm, 415 E Broadway Ave, Seminole OK, 74868. The deposition will be taken upon oral examination and it may be recorded by video, before a qualified court reporter and will continue from day to day until completed.

Respectfully submitted,

 s/ Randall J. Wood
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531

W. Riley Nester, OBA No. 36222
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
T: (405) 235-1611
F: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
***Attorneys for Defendant Shannon Smith***

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2026, I electronically transmitted the attached document to the Clerk of Court via the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties that have filed an Entry of Appearance in this matter.

 s/ Randall J. Wood
Randall J. Wood

2