IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHAWNA NORMALI, as Personal )
Representative of THE ESTATE OF LENA )
CORONA, Deceased, )
  )
                         Plaintiff, )
  )
v. )      Case No. CIV-24-257-RAW-JAR
  )
BOARD OF COUNTY COMMISSIONERS )
FOR SEMINOLE COUNTY, *et al.*, )
  )
               Defendants. )

**JOINT MOTION FOR EXTENSION OF
REMAINING SCHEDULING ORDER DEADLINES**

Defendants Board of County Commissioners for Seminole County; Seminole County Public Building Authority; Shannon Smith, individually and as the former Sheriff of Seminole County; Turn Key Health Clinics, and Amanda Windle, along with Plaintiff Shawna Normali (hereinafter the "Parties"), by and through counsel and pursuant to LCvR 7.1(i), hereby jointly and respectfully move for a 60-day extension of the remaining deadlines under the Second Amended Scheduling Order [Dkt. 156]. In support hereof, the Parties allege and state as follows:

1.      On May 22, 2026, this Court entered the Second Amended Scheduling Order. [Dkt. 156].

2.      Since the entry of the Second Amended Scheduling Order, the Parties have conducted numerous depositions, including expert depositions and have witness and expert depositions scheduled, some of which will require out-of-state travel. The Parties are also attempting to schedule additional witness and expert depositions. The Parties have been working diligently to complete discovery by the current deadline; however, because there are five sets of counsel, finding available dates for all has been difficult.

3.      In addition, counsel for the Board of County Commissioners of Seminole County and the Seminole County Public Building Authority, Wellon Poe, is scheduled for major surgery in mid-July, which will keep him out of the office through early August and after that, will restrict his availability and ability to travel until mid-August.

4.      Also, attorneys Alexandra Ah Loy and Chance Holland, two of the three counsel of record for Defendant Turn Key Health Clinics, LLC, have recently left the law firm of Hall Booth Smith, P.C. to join Hall Estill effective June 23, 2026, and the transition of files between the law firms has also necessarily created delays. Mr. Roush has filed his Motion to Withdraw in this matter. [Dkt. 166].

5.      The scheduling difficulties, the number of witnesses to be deposed, the restrictions of availability of Mr. Poe due to surgery, and the transition to a new law firm of Ms. Ah Loy and Mr. Holland have all made it impossible to complete discovery by the current August 10, 2026 deadline.

6.      There have been two prior extensions of the Scheduling Order in this matter: a Joint Motion to Extend Pretrial Deadlines by 120 Days [Dkt. 122], which was granted by the Court [Dkt. 135]; and a Joint Motion for Extension of Remaining Deadlines [Dkt. 154], which was granted by the Court [Dkt. 156].

7.      The remaining deadlines in the Second Amended Scheduling Order [Dkt. 156] are as follows:

| Event | Deadline |
| --- | --- |
| Discovery Cutoff | August 10, 2026 |
| Dispositive Motions Cutoff | August 24, 2026 |
| Motions in Limine and Daubert Motions Cutoff | September 14, 2026 |
| Responses to Motions in Limine and Daubert Motions | September 28, 2026 |
| Replies to Motions in Limine and Daubert Motions | October 5, 2026 |
| Deposition/Videotaped/Interrogatory Designations (filed of record with deponent name, page, and line designations) | October 5, 2026 |

| Counter-Designations (filed of record with deponent name, page, and line designations) | October 14, 2026 |
|---|---|
| Objections to Designations (attorney meeting to confer to resolve objections required before filing. filed without transcript) | October 21, 2026 |
| Transcripts Annotated with Objections (submit in hard copy to Court) | October 21, 2026 |
| Pretrial Disclosures (filed of record) | December 7, 2026 |
| Exchange of Pre-Marked Exhibits (not filed of record) | December 7, 2026 |
| Agreed Proposed Pretrial Order – attorney conference to include Agreed Joint Statement of the Case, Stipulations and Final Witness and Exhibit Lists (submitted through CM/ECF proposed order intake box) | To be set by the Court |
| Pretrial Conference at 10:30 a.m. (all attorneys that will be trying the case at trial must be present) | To be set by the Court |
| Trial Briefs, Requested Jury Instructions and Voir Dire (filed of record) | To be set by the Court |
| Exchange of Demonstrative Exhibits | To be set by the Court |
| Trial Date at 9:00 a.m. | To be set by the Court |

8.     This Motion is not being made for purposes of undue delay; rather, it is being made in good faith due to the undersigned's surgery and is necessary to allow the Parties to complete discovery and to adequately prepare their respective cases.

9.     "[B]road discretion must be granted trial courts on matters of continuances…." *Morris v. Slappy*, 461 U.S. 1, 11 (1983). *See also United States v. Rivera*, 900 F.2d 1462, 1475 (10th Cir. 1990) ("A trial judge's decision to deny a motion for a continuance constitutes an abuse of discretion only if the denial was 'arbitrary or unreasonable and materially prejudiced the [plaintiff]." (quoting *United States v. West*, 828 F.2d 1468, 1469 (10th Cir. 1987)). As demonstrated herein, the Parties' requested extension is reasonable, and if granted, will not prejudice Plaintiff.

10.     The Parties propose the following deadlines:

| *Event* | *Deadline* |
|---|---|
| Discovery Cutoff | October 9, 2026 |
| Dispositive Motions Cutoff | October 23, 2026 |
| Motions in Limine and Daubert Motions Cutoff | November 13, 2026 |
| Responses to Motions in Limine and Daubert Motions | November 27, 2026 |

3

| | |
|---|---|
| Replies to Motions in Limine and Daubert Motions | December 4, 2026 |
| Deposition/Videotaped/Interrogatory Designations (filed of record with deponent name, page, and line designations) | December 4, 2026 |
| Counter-Designations (filed of record with deponent name, page, and line designations) | December 13, 2026 |
| Objections to Designations (attorney meeting to confer to resolve objections required before filing. filed without transcript) | December 20, 2026 |
| Transcripts Annotated with Objections (submit in hard copy to Court) | December 20, 2026 |
| Pretrial Disclosures (filed of record) | February 5, 2027 |
| Exchange of Pre-Marked Exhibits (not filed of record) | February 5, 2027 |
| Agreed Proposed Pretrial Order – attorney conference to include Agreed Joint Statement of the Case, Stipulations and Final Witness and Exhibit Lists (submitted through CM/ECF proposed order intake box) | To be set by the Court |
| Pretrial Conference at _____ __.m. (all attorneys that will be trying the case at trial must be present) | To be set by the Court |
| Trial Briefs, Requested Jury Instructions and Voir Dire (filed of record) | To be set by the Court |
| Exchange of Demonstrative Exhibits | To be set by the Court |
| Trial Date at 9:00 a.m. | To be set by the Court |

11.     All Parties have discussed the proposed extension and there are no objections and join in this Motion.

12.     A proposed Order is being submitted with this Motion.

WHEREFORE, premises considered, the Parties jointly move for an Order extending all remaining deadlines in the Court's Second Amended Scheduling Order [Dkt. 156] by an additional 60 days.

Respectfully submitted this 1st day of July, 2026.

s/ Wellon B. Poe
Wellon B. Poe, OBA No. 12440
Jamison C. Whitson, OBA No. 18490
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone:     (405) 524-2070
Facsimile:      (405) 524-2078
wbp@czwlaw.com
jcw@czwlaw.com

***Attorneys for Defendants Seminole County
Board of County Commissioners and
Seminole County Public Building
Authority***

s/ Jack Mattingly, Jr.
(*signed by filing attorney with permission*)
Jack Mattingly Jr., OBA No. 16136
MATTINGLY LAW FIRM, PLLC
415 E. Broadway Avenue
P.O. Box 70
Seminole, OK 74818
(405) 382-3333 Telephone
(405) 382-6303 Facsimile
jackjr@mattinglyfirm.com

Elizabeth C. Nichols
1050 E. 2nd Street, #251
Edmond, OK 73034
e@enichols-law.com

***Attorneys for Plaintiff***

s/ Randall J. Wood
(*signed by filing attorney with permission*)
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
W. Riley Nester, OBA No. 36222
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106
rlafferrandre@piercecouch.com
rwood@piercecouch.com
rnester@piercecouch.com

***Attorneys for Defendant Shannon Smith***

s/ Alexandra G. Ah Loy
(*signed by filing attorney with permission*)
B. Chance Holland, OBA No. 31089
Alexandra G. Ah Loy, OBA No. 31210
HALL ESTILL
100 N. Broadway Avenue, Suite 2900
Oklahoma City, OK 73102
Telephone: (405) 516-1168
cholland@hallestill.com
aahloy@hallestill.com

***Attorneys for Defendant Turn Key Health
Clinics, LLC***

s/ Eric D. Janzen
(*signed by filing attorney with permission*)
Eric D. Janzen, OBA No. 13826
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, OK 74103
Telephone: (918) 585-9211
ejanzen@rfrlaw.com

***Attorney for Defendant Amanda Windle***

5

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties who have entered an appearance in this matter.

s/ Wellon B. Poe
Wellon B. Poe