IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

SHAWNA NORMALI, as Personal )
Representative of THE ESTATE OF LENA )
CORONA, Deceased, )
        )
        Plaintiff, )
        )
v. )    Case No. CIV-24-257-RAW-JAR
        )
BOARD OF COUNTY COMMISSIONERS )
FOR SEMINOLE COUNTY, *et al.*, )
        )
        Defendants. )

## DEFENDANTS' UNOPPOSED MOTION TO RESET STATUS CONFERENCE

Defendants Seminole County Board of County Commissioners and Seminole County Public Building Authority, by and through counsel of record, respectfully move for the Court to reset the in-person status conference currently set for July 16, 2026. In support of this Motion, Defendants advise the Court as follows:

1.      On July 1, 2026, the Parties filed a Joint Motion for Extension of Remaining Scheduling Order Deadlines. [Dkt. 167]. In that Motion, a number of reasons were set forth, including a major upcoming surgery of undersigned counsel, which will require him to be out of the office for an extended period of time, followed by a period of restricted travel.

2.      On July 2, 2026, this Court entered a Minute Order setting an in-person status conference requiring all counsel to appear in person to discuss the Joint Motion for Extension. That in-person hearing has been set for July 16, 2026. [Dkt. 169].

3.      Undersigned counsel, who is lead counsel for Defendants Seminole County Board of County Commissioners and Seminole County Public Building Authority, is scheduled for a total hip replacement surgery on July 16, 2026. The surgery will be performed in Oklahoma City.

4.      With that surgery on that date, the undersigned will be unable to attend the in-person status conference.

5.      Further, based on past history of a similar surgery, the surgery, in a best case scenario, will keep undersigned counsel out of the office until at least August 3, 2026, at the earliest. Following the release by the doctor to return to the office, it is anticipated there will be a 7 to 10 day period of limited local travel at the direction of the surgeon. Due to the surgery and the recovery time, Defendants request the July 16, 2026 status conference be reset.

6.      Undersigned counsel does anticipate, if the surgery is without complications, to be available for video conferencing beginning the week of July 27, 2026.

7.      This Motion is not made for purposes of causing any delay; it is made out of a necessity due to a medical issue that has been long scheduled.

8.      Undersigned counsel has spoken with counsel for the remaining parties and counsel have advised they have no objection to this Motion.

9.      A proposed Order is being submitted with this Motion.

WHEREFORE, premises considered, Defendants Seminole County Board of County Commissioners and Seminole County Public Building Authority respectfully request the Court reset the status conference currently set for July 16, 2026.

Respectfully submitted,


s/ Wellon B. Poe
Wellon B. Poe, OBA No. 12440
Jamison C. Whitson, OBA No. 18490
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105
Telephone:    (405) 524-2070
Facsimile:    (405) 524-2078
E-mail:        wbp@czwlaw.com
               jcw@czwlaw.com

*ATTORNEYS FOR DEFENDANTS
SEMINOLE COUNTY BOARD OF
COUNTY COMMISSIONERS AND
SEMINOLE COUNTY PUBLIC BUILDING
AUTHORITY*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jack Mattingly, Jr.
THE MATTINGLY LAW FIRM, PLLC
415 E. Broadway Avenue
P.O. Box 70
Seminole, OK 74818-0070

Elizabeth C. Nichols
1050 E. 2nd Street, #251
Edmond, OK 73034

**Attorneys for Plaintiff**

3

Robert S. Lafferrandre
Randall J. Wood
W. Riley Nester
PIERCE COUCH HENDRICKSON
    BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, OK 73106

*Attorneys for Defendant Shannon Smith*

Chance Holland
Alexandra G. Ah Loy
HALL, ESTILL, HARDWICK
 GABLE, GOLDEN & NELSON, P.C.
100 N. Broadway Avenue, Suite 2900
Oklahoma City, OK 73102

*Attorneys for Defendant Turn Key
  Health Clinics, LLC*

Eric D. Janzen
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, OK 74103

*Attorney for Defendant Amanda Windle*

s/ Wellon B. Poe
Wellon B. Poe

4