**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHAWNA NORMALI, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No.  CIV-24-257-RAW-JAR |
| | ) | |
| v. | ) | Date:     8/6/2026 |
| | ) | |
| SEMINOLE COUNTY BOARD OF | ) | Time:  1:30 pm – 1:41 pm |
| COUNTY COMMISSIONERS, ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

**MINUTE SHEET**
**ZOOM -  STATUS CONFERENCE**

Jason A. Robertson, Judge       Joe Church, Deputy Clerk       K. Anderson, Law Clerk

Chambers – Room 430

**Plaintiff's Counsel:** Jack Mattingly Jr
**Defendant's Counsel (Seminole County Board of County Commissioners - Seminole County Public Building Authority):** Wellen B. Poe
**Defendant's Counsel (Shannon Smith):** William Nester - Randall J. Wood
**Defendant's Counsel (Amanda Windle):** Eric D. Janzen
**Defendant's Counsel (Turn Key Health Clinics, LLC):** Alexandra Gabrielle Ah Loy

**MINUTES**

| | |
|---|---|
| 1:30 pm | Court calls case; Court discusses parties Joint Motion to Extend Scheduling Order Deadlines |
| | (Docket Entry No. [167]). Court discusses consent with parties. Courtroom deputy to email |
| | Consent after referral form to all parties. Court to enter ruling on Joint Motion to Extend on |
| 1:41 pm | Monday, August 17th. Nothing further from either party. Adjourn. |