**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

SHAWNA NORMALI, as Personal Representative of THE ESTATE OF LENA CORONA, Deceased,

Plaintiff,

v. Case No. CIV-24-257-JAR

BOARD OF COUNTY COMMISSIONERS FOR SEMINOLE COUNTY; et al.

**JOINT MOTION TO SET NEW DEADLINE FOR EXPERT WITNESS-RELATED MOTIONS IN LIMINE**

COME NOW the parties and jointly request the Court set a deadline for expert witness-related motions in limine for those witnesses that were already deposed before the Court entered the Third Amended Scheduling Order (Doc. 179).

The Court's *Third Amended Scheduling Order* (Doc. 179) provides in part:

> Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.

The parties have already taken the following expert depositions on the following dates:

| | |
|---|---|
| June 11, 2026 | Dr. Jeffrey Sanders -- Plaintiff's Expert Psychiatrist |
| July 15, 2026 | Chip Hunter -- Plaintiff's Economist |
| July 27, 2026 | Glen Vestrat – Defendants' Economist |
| August 6, 2026 | Kathryn Wild – Defendant TurnKey's Nurse Expert |

Because the foregoing expert depositions were already taken when the August 13, 2026 Third Amended Scheduling Order was entered, the parties are already out of compliance with the deadline to file motions in limine related to expert witnesses. The deposition transcript of defense expert Kathryn Wild has been requested from an Arizona court reporter but is still not generated.

The Court's Third Amended Scheduling Order set a deadline of November 13, 2026 for motions in limine and the parties agree that deadline makes sense for expert witness-related motions in limine, as well.

The parties jointly request a new deadline for the expert witness motions in limine for those experts deposed before the Third Amended Scheduling Order (Doc. 179) was entered.

Respectfully submitted,

s/ Jack Mattingly Jr.
Jack Mattingly Jr., OBA No. 16136
415 E. Broadway Ave.
P.O. Box 70
Seminole, OK 74818-0070
(405) 382-3333 Telephone
(405) 382-6303 Facsimile
jackjr@mattinglyfirm.com

s/ Randall J. Wood
*(signed by filing attorney with permission)*
Robert S. Lafferrandre
Randall J. Wood
W. Riley Nester
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP

Elizabeth C. Nichols, OBA 19371
1050 E. 2nd Street #251
Edmond, OK 73034
(918) 728-4543 Telephone
(888) 833-0407 Facsimile
Email: e@enichols-law.com
*Attorneys for Plaintiff*

1109 North Francis Ave.
Oklahoma City, OK 73106
Email: rlaffernadre@piercecouch.com
rwood@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendant Shannon Smith*

s/ Wellon B. Poe
(*signed by filing attorney with permission)*
Wellon B. Poe, OBA NO. 12440
Jamison C. Whitson, OBA No. 18490
COLLINS ZORN & WAGNER, PLLC
429 ne 50TH Street, Second Floor
Oklahoma City, OK 73105
Email: wbp@czwlaw.com
jcw@czwlaw.com
*Attorneys for Defendants SCPBA, Anthony Louie, individually and as the current Sherif of Seminole County and SCPBA*

s/ Alexandra G. Ah Loy
(*signed by filing attorney with permission)*
Chance Holland, OBA NO. 31089
Alexandra G. Ah Loy, OBA No. 31210
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
100 N. Broadway Ave., Suite 2900
Oklahoma City, OK 73102-8865
*Attorneys for Defendant Turn Key Health Clinics, LLC*

s/ Eric D. Janzen
(*signed by filing attorney with permission)*
Eric D. Janzen, OBA No. 13826
Rhiannon Thoreson, OBA No. 22748
ROSENSTEIN, FIST & RINGOLD
525 South Main, Suite 700
Tulsa, OK 74103
Email: ejanzen@rfrlaw.com
*Attorney for Defendant Amanda Windle*

**CERTIFICATE OF SERVICE**

I certify that on August 18, 2026, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. The Clerk of Court will transmit Notice of Electronic Filing to ECF registrants in this case.

s/ Jack Mattingly Jr.